**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00256-CV**
_____

**EARL ENNIS, Appellant**

**V.**

**BATEN ARMS, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 25CCCV0398**
_____

**MEMORANDUM OPINION**

On July 10, 2025, Earl Ennis filed a notice of appeal from a final judgment in an eviction case. After perfecting an appeal, Ennis failed to file a brief.

On November 18, 2025, the Clerk of the Ninth Court of Appeals notified the parties that Ennis had not filed a brief and advised the parties that his appeal would be submitted without briefs unless by December 1, 2025, Ennis filed a brief and a motion to extend the deadline for filing his brief. We warned Ennis that if the Court

1

submitted his appeal without briefs that the Court could dismiss his appeal for want of prosecution.

On December 15, 2025, the Clerk notified the parties that on January 5, 2026, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Because Ennis has not filed a brief in his appeal assigning any error to any of the trial court's rulings, we dismiss the appeal for want of prosecution. *See id*. 38.8(a)(1), 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 5, 2026
Opinion Delivered January 8, 2026

Before Johnson, Wright and Chambers, JJ.